MONDAY, SEPTEMBER 7, 2015

MS. CATHY S. LUSK, CLERK
12TH COURT OF APPEALS
1517 WEST FRONT STREET
SUITE 354
TYLER, TEXAS 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015

TYLER, TEXAS
PAM ESTES, CLERK

RE: CASE NO:      12-15-00186-CR

     TRIAL CASE NO.:      31675

     STYLE:      LONNIE LYNN JOHNSON

                 V.

                 THE STATE OF TEXAS

NO RECORD FILED.

DEAR MS. LUSK,

ON THE DATE OF July 16, 2015, I SUBMITTED A TIMELY NOTICE OF APPEAL TO THE THIRD JUDICIAL DISTRICT COURT IN ANDERSON COUNTY, TEXAS, WITH ACCOMPANYING AFFIDAVIT TO PROCEED ON APPEAL IN FORMA PAUPERIS.

ON THE SAME DATE OF FILING THE NOTICE OF APPEAL, I MADE WRITTEN REQUEST'S TO MS. BRANDI RAY, OFFICIAL COURT REPORTER FOR THE THIRD JUDICIAL DISTRICT COURT FOR ANDERSON COUNTY, TEXAS, AND TO MS. NANCY K. ADAMS, OFFICIAL COURT REPORTER FOR THE 369TH JUDICIAL DISTRICT COURT FOR ANDERSON COUNTY, TEXAS, DESIGNATING PROCEEDINGS TO BE INCLUDED IN THE TRANSCRIPTS.

IN ADDITION, ON THE SAME DATE OF FILING THE NOTICE OF APPEAL, I SIMULTANEOUSLY SUBMITTED TO THE DISTRICT CLERK, MS. JANICE STAPLES, FOR THE THIRD JUDICIAL DISTRICT COURT FOR ANDERSON COUNTY, TEXAS, IN

-1-

WRITING, REQUESTING DESIGNATION OF RECORD ON APPEAL ACCOMPANYING WITH AN AFFIDAVIT IN SUPPORT OF MOTION TO HAVE APPELLATE RECORD FURNISHED WITHOUT CHARGE.

THEREAFTER, ON THE DATES OF July 28, 2015; July 30, 2015; August 20, 2015, I HAD SUBMITTED STATUS LETTERS TO THE ABOVE-MENTIONED COURT REPORTERS, AND TO THE DISTRICT CLERK CONCERNING THE WRITTEN REQUEST'S FOR THE DESIGNATION OF THE REPORTER'S RECORD AND OF THE CLERK'S RECORD.

THERE HAS BEEN NO RESPONSE FROM EITHER OF THE PARTIES I'VE REFERENCED ABOVE.

THERE HAS BEEN NO EXTENSION OF TIME FROM EITHER OF THE PARTIES I'VE REFERENCED ABOVE, OR ANY NOTIFICATION THEREOF, (IF THERE HAS BEEN AN EXTENSION.)

I HAVE CONTINUSIOUSLY EXCERCISED DUE DILIGENCE IN MY ATTEMPTS TO OBTAIN THE CLERKS FILE AND THAT OF THE REPORTER'S RECORD, TO NO AVAIL.

I AM ENTITLED TO APPEAL WITHOUT PAYING FEES AND THAT OF THE COSTS OF THE PREPARATION OF THE ABOVE RECORDS.

THE SIXTY (60) DAYS FOR WHICH THE CLERK AND THE COURT REPORTER'S RECORD HAD TO BE FILED, EXPIRED ON THE DATE OF August 27, 2015.

-2-

MS. LUSK, BASED UPON THE ABOVE SUBSTANTIATING FACTS, IT IS OBVIOUS THAT I'VE PURSUED THE PREPARATION OF THE REPORTER'S RECORD AND THAT OF THE CLERK'S FILE, AND HAVE MADE A PRIMA FACIE SHOWING OF INDIGENCE, AND HAVE NOT BEEN NEGLIGENT IN MY BEHALF IN REQUESTING THE DESIGNATION OF RECORD.

ACCORDING TO TEX. R. APP. P. 35.3 (C), THE TRIAL AND APPELLATE COURTS HAVE JOINT RESPONSIBILITY TO ENSURE THAT THE WORK OF THE DISTRICT CLERK AND THAT OF THE COURT REPORTER'S IS ACCOMPLISHED IN A TIMELY MANNER, AND IF THE CLERK'S FILE AND THAT OF THE COURT REPORTER'S RECORD IS NOT FILED WHEN DUE, THE CLERK OF THE APPELLATE COURT MUST REFER THE MATTER TO THE APPELLATE COURT AND HAVE OR MAKE AN APPROPRIATE ORDER TO AVOID DELAY AND PROTECT MY RIGHTS, TEX. R. APP. P. 37.3.

MS. LUSK, WILL YOU PLEASE REFER THIS MATTER TO THE APPELLATE COURT AND PLEASE NOTIFY ME WHATEVER ORDER IS GIVEN TO AVOID FURTHER DELAY AND TO PRESERVE MY RIGHTS?

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME AT THE BELOW PROVIDED ADDRESS.

THANK YOU FOR YOUR TIME AND THAT OF YOUR ASSISTANCE IN THIS MATTER.

Very truly yours,

Lonnie Lynn Johnson, #468254
Byrd Unit, TDCJ.
21 FM 247
Huntsville, Texas 77320


cc:
    File copy